IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal No. 04-324 |
| DANIEL RAMSEY, | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 27th day of March, 2006, upon consideration of Defendant's Motion to Reconsider Sentence (document No. 41) filed in the above captioned matter on March 22, 2006,

IT IS HEREBY ORDERED that said Motion is DENIED. At the time of Defendant's sentencing, the Court was well aware of its authority to depart downward in light of evidence demonstrating extraordinary post-offense rehabilitation by a defendant. United States v. Sally, 116 F.3d 76 (3d Cir., 1997). However, based on the evidence presented at the sentencing hearing, the Court did not find Defendant's actions extraordinary so as to warrant a departure in this case, and nothing presented in Defendant's Motion to Reconsider changes this finding.

S/Alan N. Bloch
United States District Judge

cc/ecf:   Asst. U.S. Atty. Brendan Conway
          Asst. Federal Public Defender Thomas Livingston